# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| **Valeriano RAMIREZ JR** | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 04, 2020__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:
Continued on Affidavit

☑ Continued on the attached sheet.

/S/Jose Monserrate
*Complainant's signature*

Jose Monserrate, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: March 06, 2020

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| Valeriano RAMIREZ JR | Case Number: |

1. On March 4, 2020 at approximately 5:30 P.M. a Border Patrol Agent (BPA) was working roving patrol duties along Highway 83 near Zapata/Webb County line. The BPA was parked in a position that would be visible to the public traffic at an angle where he could monitor traffic traveling north on U.S. Highway 83 and be able to observe any changes in a driver's behavior as the driver approached his location. From his position, the BPA observed a male driving a white van stiffen at the sight of the marked border patrol unit which, in the BP A's experience, is the type of behavior that is commonly displayed by people engaging in illegal activity in the presence of law enforcement. Based on these facts, the BPA decided to follow the vehicle. As the BPA drove up close behind the white van, the BPA ran a vehicle registration check through radio communications (KAK 940). The vehicle registration returned to an address out of Pharr, TX. As the BPA followed the vehicle for approximately six miles, he noticed the vehicle begin to slow down to approximately 55 miles per hour (MPH) in a 70 MPH speed zone with no other factors in the environment other than the presence of the BPA in his marked unit. The BPA then drove and positioned himself parallel to the white van. While the BPA was driving parallel to the white van, the BPA now observed the driver who initially stiff. begin laughing and exaggeratedly waving his hands. The passenger, however, was sitting in a rigid upright positon, not making any movement and appearing uncomfortable. The driver then swerved into the BPA'S driving lane causing the BPA to swerve out of his lane in order to avoid a collision. The driver of the white van then accelerated from his steady 55 MPH speed and passed the BPA. The BPA then activated his emergency equipment and conducted a roving patrol stop to conduct an immigration check on the occupants of the white van. The driver was identified as Valeriano Ramirez, Jr, a United States Citizen. The passenger was identified as Jaime Salgado-Martinez, a Mexican National with no documents to enter, travel through or remain in the United States. Both subjects were placed under arrest and transported to the Laredo South Border Patrol Station for further processing.

2. . The driver Valeriano Ramirez Jr was read his Miranda Rights VIA form I-214 and refused to give a statement.

3. The passenger Jaime Salgado-Martinez a Mexican national and is being used as a material witness in the case against Valeriano Ramirez Jr. Salgado-Martinez is a Mexican national with no legal documents to enter, travel through or remain in the United States. Salgado-Martinez stated he made arrangements with an unknown subject and paid 2,000 US dollars to be smuggled into the U.S. He was going to pay an additional 6,500.00 US dollars to reach his final destination in Fort Worth, Texas. Slagado-Martinez stated he crossed the Rio Grande River on March, 3, 2020 near Roma, Texas. Salgado-Martinez stated he hid behind some houses for about a day until he was picked up by the white van he was pulled over in. Salgado-Martinez stated the driver of the white van then took him to a hotel and rented him a room for about 6 hours and told him he would return later during the day to transport him to Laredo, Tx. Salgado-Martinez stated that the driver told him to just act normal and not become scared. Salgado-Martinez was presented a six pack photo lineup and was able to identify Valeriano Ramirez Jr. as the drive of the white van.

SUBSCRIBED and SWORN to before me on

_____6th_____ day of _____March, 2020_____

_____  /S/ Monserrate, Jose   Border Patrol Agent
Signature of Judicial Officer                    Signature of Complainant